SIDNEY A. LUSCUTOFF (096943)
JEAN-YVES LENDORMY (101695)
LUSCUTOFF, LENDORMY & ASSOCIATES
400 Montgomery Street, Suite 600
San Francisco, California 94104-1217

Tel: (415) 989-7500
Fax: (415) 989-1465
Email: sidney.luscutoff @lla-law.com

Attorneys for Defendant Stephane Dessus

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, INC., a dissolved Nevada corporation<br><br>Defendants, | Case No.  11-cv-00996-~~EDL~~  SC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:           July 8, 2011<br>Time:          10:00 a.m.<br>Courtroom:  1 |

Plaintiff FDIC and Defendants Stephane Dessus and Flor Mendoza, all the parties appearing, stipulate through their respective counsel that the July 8, 2011 Case Management Conference may and should be deferred to November 18, 2011.

For the below noted reasons, including the success of recent settlement negotiations, the parties Stipulate that good cause exists to defer to November 18, 2011, the currently scheduled July 8, 2011 Case Management Conference, together with any hearing on the Motion To Dismiss earlier filed by Stephane Dessus.

- 1 -

1. Plaintiff FDIC and Defendant Stephane Dessus have engaged in productive settlement discussions; and a conditional settlement has been reached between Plaintiff FDIC and Defendant Dessus. That settlement now depends upon final approval from the Washington, D.C. headquarters of the FDIC.

2. Counsel for the Plaintiff FDIC, based on recent experience, expects that it may take upwards of ninety (90) days for the conditional settlement with Defendant Dessus to pass through the necessary review process and be finally approved in Washington, D.C.

3. During this time of administrative review (of the conditional Dessus settlement) it would be counterproductive for these settling parties to further engage in the litigation of this dispute or to pursue otherwise time consuming and expensive litigation processes, pleadings or procedures. This includes engaging in discovery and litigating any motions, such as the Motion To Dismiss that was filed by Stephane Dessus.

4. Separately, counsel for the FDIC and for Defendant Flor Mendoza wish to explore settlement options and evaluate their positions in this case. They wish to do so without incurring additional litigation costs and unwarranted attorneys fees. For that reason, they too believe that deferral of the Case Management Conference, as well as the Stephane Dessus Motion To Dismiss, would be in the interests of justice.

5. Accordingly, the parties agree that the Case Management Conference currently scheduled for July 8, 2011 should be continued to November 18, 2011 at 10:00 A.M. The parties, through their counsel, request and agree that the Court should issue its Order accordingly.

Date: June 29, 2011

LUSCUTOFF, LENDORMY & ASSOCIATES

By: _____
SIDNEY A. LUSCUTOFF, Esq.
Attorneys for Defendant Stephane Dessus

1 | Date: June 29, 2011

HERSHORIN & HENRY. LLP

By: _____
Jean C. Wilcox, Esq.
Attorneys for Plaintiff Federal Deposit Insurance Corporation

Date: June ____, 2011

ROBERT RODRIGUEZ. ATTORNEY AT LAW

By: _____
Robert Rodriguez, Esq.
Attorneys for Defendant Flor Mendoza

## ORDER

The Stipulation of the parties having been received and considered; and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference in this case, now scheduled for July 8, 2011, is **continued to November 18, 2011 at 10:00 A.M.** in Courtroom 1, on the 17th Floor. The Motion To Dismiss of Stephane Dessus shall be deemed withdrawn, without prejudice; and the Dessus motion shall be re-noticed for hearing on November 18, 2011 in the event that his conditional settlement with the FDIC is not finally approved.

Date: June ____, 2011

_____
Hon. Samuel Conti
United States District Judge

4261-03\Dessus Stip Re CMC

- 3 -

Date: June ____, 2011

HERSHORIN & HENRY. LLP

By: _____
Jean Wilcox, Esq.
Attorneys for Plaintiff Federal Deposit Insurance Corporation

Date: June 30, 2011

ROBERT RODRIGUEZ. ATTORNEY AT LAW

By: _____
Robert Rodriguez, Esq.
Attorneys for Defendant Flor Mendoza

## ORDER

The Stipulation of the parties having been received and considered; and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference in this case, now scheduled for July 8, 2011, is **continued** to **November 18, 2011 at 10:00 A.M.** in Courtroom 1, on the 17th Floor. The Motion To Dismiss of Stephane Dessus shall be deemed withdrawn, without prejudice; and the Dessus motion shall be re-noticed for hearing on November 18, 2011 in the event that his conditional settlement with the FDIC is not finally approved.

Date: June 30, 2011

_____
Hon. Samuel Conti
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

4261-03\Dessus Stip Re CMC

- 3 -