JEAN C. WILCOX, ESQ. (SBN 097963)
Email address: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email: claudiam@hhlawgroup.com
LORI C. HERSHORIN, ESQ. (SBN 155977)
Email: lorih@hhlawgroup.com
HERSHORIN & HENRY, LLP
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Telephone: (949) 859-5600
Facsimile: (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver
for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, INC., a dissolved Nevada corporation; JAMES W. MILNES, an individual; et al.<br><br>Defendants. | CASE NO.: 3:11-cv-00996-SC<br><br>[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Sched. Conf.:   November 18, 2011<br>Time:                10:00 a.m.<br>Courtroom:       1<br><br>Action Filed:    October 7, 2010 |

Having considered the stipulation of counsel for all the appearing parties, and finding that good cause exists to grant the request of counsel for a continuance of the

-1-
[PROPOSED] ORDER ON STIP. FOR CONT. OF CASE MANAGEMENT CONFERENCE

1 | Case Management Conference from its present date of November 18, 2011 to a new
2 | date of February 24, 2012;

4 | NOW, THEREFORE, IT IS HEREBY ORDERED that the November 18, 2011
5 | Case Management Conference shall be continued to the new date of February 24,
6 | 2012 at 10:00 a.m. in Courtroom 1.

DATED: \_\_\_\_\_11/14\_\_\_\_\_, 2011

IT IS SO ORDERED

SAMUEL C_____
United States
Judge Samuel Conti

OK
[signature] 11/9/2011

# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 27422 Portola Parkway, Suite 360, Foothill Ranch, CA 92610.

On November 9, 2011, I served the following document(s) described as:

**[PROPOSED] ORDER ON STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on all interested parties in this action by placing a true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Robert D. Rodriguez, Esq.<br>429 13th Street<br>Modesto, CA 95354 | Attorney for Defendant Flor Mendoza |
| Sid Luscutoff, Esq.<br>LUSCUTOFF, LENDORMY & ASSOCIATES<br>400 Montgomery Street, 6th Floor<br>San Francisco, CA 94104 | Attorney for Defendant Stephane Dessus |

[X] **(BY MAIL)** I caused each such envelope(s), with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of this law firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X] **(FEDERAL)** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose discretion the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 9, 2011, at Foothill Ranch, California.

MARLA FORTNER

1

PROOF OF SERVICE