<div style="writing-mode: vertical"><b>United States District Court</b><br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A., <br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN PRIME FUNDING, INC., et al.,<br><br>    Defendants. | Case No. 11-0996 SC<br><br>ORDER RE: MOTION TO <u>WITHDRAW AS ATTORNEY</u> |

    On January 26, 2012, counsel for Defendant Flor Mendoza filed a motion to withdraw from his representation of Ms. Mendoza. ECF No. 77 ("Mot."). The Court heard the Motion on March 30, 2012. As the Court explained at the hearing, it is not prepared to grant counsel's Motion at this time.

    The Court hereby ORDERS counsel to send Ms. Mendoza, by certified mail to her last-known address, (1) a copy of this Order and (2) a letter informing Ms. Mendoza of the following: Counsel has moved to withdraw from this case. The Court has scheduled the case for trial on August 1, 2012, at 10:00 a.m., in Courtroom 1, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

California. Ms. Mendoza must appear at the trial or risk entry of judgment against her. Ms. Mendoza's current attorney will not be representing her at the trial, so Ms. Mendoza is advised to hire a new attorney and have that attorney represent her at the trial.

Counsel shall provide this information to Ms. Mendoza in Spanish as well as English.

Counsel shall be released from his representation of Ms. Mendoza after he electronically files proof of compliance with this Order. Ms. Mendoza will act as her own attorney unless she acquires new counsel.

IT IS SO ORDERED.

Dated: April 2, 2012

_____
UNITED STATES DISTRICT JUDGE