JEAN C. WILCOX, ESQ. (SBN 097963)
Email: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email: claudiam@hhlawgroup.com
**HERSHORIN & HENRY LLP**
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Phone (949) 859-5600 / Fax (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, INC., a dissolved Nevada corporation, et al.,<br><br>Defendants. | CASE NO.: 11-CV-00996-SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHANE DESSUS, AN INDIVIDUAL**<br><br>[~~Proposed~~ **Order Submitted Concurrently]**<br><br>Action Filed:   October 7, 2010 |

**TO THE COURT AND ALL APPEARING PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

WHEREAS STEPHANE DESSUS, an individual ("Dessus") was named and appears as a Defendant in the above-captioned action;

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Downey Savings and Loan Association ("FDIC-R"), has reached a settlement with Dessus the terms of which Dessus has fully performed;

WHEREAS the FDIC-R is now obligated to dismiss Dessus *with* prejudice from the action; and

WHEREAS counsel for the FDIC-R and Dessus are duly authorized to enter into this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed between the FDIC-R and Dessus that Dessus should be dismissed from the action *with* prejudice and the parties hereto request that the Court issue its Order dismissing Dessus as is proposed and submitted concurrent with this stipulation.

DATED: June 7, 2012

**HERSHORIN & HENRY LLP**

By _____
JEAN C. WILCOX
Attorneys for Plaintiff,
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings & Loan Association,

DATED: 6/18/2012

**LUSCUTOFF, LENDORMY & ASSOCIATES**

By _____
SID LUSCUTOFF
Attorneys for Defendant,
STEPHANE DESSUS

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 27422 Portola Parkway, Suite 360, Foothill Ranch, CA 92610.

On June 26, 2012, I served the following document(s) described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHANE DESSUS, AN INDIVIDUAL**

on all interested parties in this action by placing a true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Sid Luscutoff, Esq.<br>LUSCUTOFF, LENDORMY & ASSOCIATES<br>400 Montgomery Street, 6th Floor<br>San Francisco, CA 94104 | Attorney for Defendant Stephan Dessus |

[X]  **(BY MAIL)** I caused each such envelope(s), with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of this law firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X]  **(FEDERAL)** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose discretion the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 26, 2012, at Foothill Ranch, California.

MARLA FORTNER

JEAN C. WILCOX, ESQ. (SBN 097963)
Email: jeanw@hhlawgroup.com
CLAUDIA MOURAD, ESQ. (SBN 211139)
Email: claudiam@hhlawgroup.com
**HERSHORIN & HENRY LLP**
27422 Portola Parkway, Suite 360
Foothill Ranch, California 92610
Phone (949) 859-5600 / Fax (949) 859-5680

Attorneys for Plaintiff, FEDERAL DEPOSIT
INSURANCE CORPORATION, as Receiver
for Downey Savings & Loan Association, F.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Downey Savings and Loan Association, F.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PRIME FUNDING, INC., a dissolved Nevada corporation, et al.,<br><br>Defendants. | CASE NO.: 11-CV-00996-SC<br><br>[PROPOSED]<br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT STEPHANE DESSUS, AN INDIVIDUAL**<br><br>**[Stipulation for Dismissal Submitted Concurrently]**<br><br>Action Filed:   October 7, 2010 |

The Court, having considered the Stipulation for Dismissal With Prejudice of Defendant STEPHANE DESSUS, an individual; and

Being thereby advised that STEPHANE DESSUS, an individual, has fully

-1-
ORDER

performed the obligations he agreed to in settlement of all claims against him alleged in this action;

NOW, THEREFORE, it is hereby ordered that STEPHANE DESSUS, an individual, be hereby dismissed with prejudice from this action.

DATED: 6/26/12

_____
SAMUEL C. CONTI
United States

*IT IS SO ORDERED*
*Judge Samuel Conti*

Approved as to Form:

LUSCUTOFF, LENDORMY & ASSOCIATES

6/18/2012

By: _____
SID LUSCUTOFF
Attorney for Defendant,
Stephane Dessus, an individual

-2-
ORDER OF DISMISSAL RE STEPHANE DESSUS

# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 27422 Portola Parkway, Suite 360, Foothill Ranch, CA 92610.

On June 26, 2012, I served the following document(s) described as:

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT STEPHANE DESSUS, AN INDIVIDUAL**

on all interested parties in this action by placing a true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Sid Luscutoff, Esq.<br>LUSCUTOFF, LENDORMY & ASSOCIATES<br>400 Montgomery Street, 6th Floor<br>San Francisco, CA 94104 | Attorney for Defendant Stephan Dessus |

[X]   **(BY MAIL)** I caused each such envelope(s), with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of this law firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[X]   **(FEDERAL)** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose discretion the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 26, 2012, at Foothill Ranch, California.

_/s/ MARLA FORTNER_